# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| GREGORY SHANE KINNARD JR., | : | No. 160 MM 2015 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| HONORABLE MICHAEL A. GEORGE, | : | |
| PRESIDENT JUDGE OF THE 51ST | : | |
| DISTRICT COURT OF ADAMS COUNTY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Quo Warranto is **DENIED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.